## PULLEN v. MAYES.

(Decided February 8, 1929.)

L. B. Alexander and John W. Egester for movant.

W. A. Berry and John F. Nicholson opposed.

PER CURIAM. Judgment for $312 in an action for damages. Appeal denied. Judgment affirmed.

## ADKINS v. COMMONWEALTH.

(Decided February 12, 1929.)

Woods, Stewart & Smoot for movant.

J. W. Cammack, Atty. Gen., and Geo. H. Mitchell, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $200 and 60 days in jail.

Appeal dismissed, without damages, on authority of section 348 of the Criminal Code and the case of Childers v. Ratliff, 164 Ky. 123, 175 S. W. 25.

## TICKLE & DOWNING v. WHAYNE.

(Decided January 29, 1929.)

J. Kelly Smith for appellants.

L. L. Hindman for appellee.

PER CURIAM. Judgment for $353.05 in excess of purchase price of cotton.

Appeal dismissed, on the authority of Childers v. Ratliff, 164 Ky. 123, 175 S. W. 25.

## PHILLIPS v. COMMONWEALTH.

(Decided February 12, 1929.)

Duncan & Bell and J. E. Stephens for movant.

J. W. Cammack, Atty. Gen., and Samuel B. Kirby, Jr., Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the state prohibition law, imposing a fine of $300 and 60 days in jail.

Appeal denied; judgment affirmed.